Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Raymond A. Nicklin, Jr.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 24-cv-1133 |
| | ) |
| **Costco Wholesale Corp.** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment is GRANTED in its entirety and judgment in entered in favor of Defendant Costco Wholesale Corp. and against Plaintiff Raymond A. Nicklin. Plaintiff recovers nothing on his claims against Defendant.

**Dated: 8/6/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

*MMM*
